UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAHLON D, et al.,

            Plaintiffs,

    v.

CIGNA HEALTH AND LIFE INSURANCE COMPANY,

          Defendant.

Case No.16-cv-07230-HSG

**SCHEDULING ORDER**

A case management conference was held on March 28, 2017, at 2:00 p.m.  The Court

**SETS** the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local

Rule 16-10:

| Event | Date |
|---|---|
| Cross-Motions re Standard of Review | May 29, 2017 |
| Cross-Oppositions re Standard of Review | June 12, 2017 |
| ADR Deadline | June 26, 2017 |
| Hearing on Standard of Review | July 6, 2017, 2:00 p.m. |
| Close of Discovery | August 31, 2017 |
| Rule 52 Cross-Motions | September 22, 2017 |
| Rule 52 Responses | October 13, 2017 |
| Bench Trial/Hearing on Rule 52 Motions | November 9, 2017, 11:00 a.m. |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial

Standing Order.

    **IT IS SO ORDERED.**

Dated: 3/29/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California