1  Sean P. Nalty (SBN 121253)
   sean.nalty@ogletree.com
2  Shivani Nanda (SBN 253891)
   shivani.nanda@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant CIGNA HEALTH AND LIFE
7  INSURANCE COMPANY

8  David M. Lilienstein
   Jessica M. Cho
9  Adriana M. Sapetto
   DL LAW GROUP
10 345 Franklin Street
   San Francisco, CA  94102
11 Telephone:    415.678.5050
   Facsimile:    415.358.8484
12 E-Mail:       david@dllawgroup.com
                 jessica@dllawgroup.com
13               adriana@dllawgroup.com

14 Attorneys for Plaintiffs MAHLON D. and EMILY D.

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                       OAKLAND

18

19 MAHLON D. AND EMILY D.,                    Case No. 4:16-cv-07230-HSG

20          Plaintiffs,                       **STIPULATION TO EXTEND TIME ONE
                                              DAY TO FILE MOTION THAT
21    v.                                      CURRENTLY IS SET FOR MEMORIAL
                                              DAY**
22 CIGNA HEALTH AND LIFE INSURANCE
   COMPANY and DOES 1 through 10,             Complaint Filed:  December 19, 2016
23                                            Trial Date:       None Set
            Defendants.                       Judge:            Hon. Haywood S. Gilliam, Jr.
24

25

26

27

28

1    Plaintiffs Mahlon D. and Emily D, through their counsel of record David M. Lilienstein,

2    and defendant Cigna Health and Life Insurance Company, through their counsel of record

3    Sean P. Nalty (collectively "the Parties"), hereby enter into the following stipulation:

4    This matter is governed by the Employee Retirement Income Security Act ("ERISA").

5    Under the current Scheduling Order, the Parties are scheduled to file in this matter cross motions

6    on the issue of the standard of review ("Cross Motions") on May 29, 2017. This date is Memorial

7    Day. The Parties hereby stipulate that the Cross Motions can be filed on Tuesday, May 30, 2017.

8    This stipulation does not impact or change any of the other dates in the Scheduling Order.

9    It simply reduces by one day the time for the Parties to prepare their oppositions.

10    **IT IS SO STIPULATED**

12    DATED: May 25, 2017                    OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.
13

14                                           By: /s/ Sean P. Nalty
                                                 Sean P. Nalty
15                                               Shivani Nanda

16                                           Attorneys for Defendant CIGNA HEALTH AND
                                             LIFE INSURANCE COMPANY
17

18    DATED: May 25, 2017                    DL LAW GROUP
19

20                                           By: /s/ David M. Lilienstein
                                                 David M. Lilienstein
21                                               Jessica M. Cho
                                                 Adriana M. Sapetto
22
                                             Attorneys for Plaintiffs MAHLON D. AND
23                                           EMILY D.

24

25

26

27

28

# ORDER ON STIPULATION

Based on the stipulation of the parties stated above, the Court hereby orders that the Parties can file their cross motions on the issue of the standard of review in this matter on May 30, 2017.

**IT IS SO ORDERED**

Dated: _____May 30, 2017_____

Haywood S. Gilliam, Jr., Judge of the United
States District Court for the Northern District
of California