1  Sean P. Nalty (SBN 121253)
   sean.nalty@ogletree.com
2  Shivani Nanda (SBN 253891)
   shivani.nanda@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA 94105
5  Telephone:  415.442.4810
   Facsimile:  415.442.4870
6
   Attorneys for Defendant CIGNA HEALTH AND LIFE
7  INSURANCE COMPANY

8  David M. Lilienstein
   Jessica M. Cho
9  Adriana M. Sapetto
   DL LAW GROUP
10 345 Franklin Street
   San Francisco, CA 94102
11 Telephone:  415.678.5050
   Facsimile:  415.358.8484
12 E-Mail:     david@dllawgroup.com
               jessica@dllawgroup.com
13             adriana@dllawgroup.com

14 Attorneys for Plaintiffs MAHLON D. and EMILY D.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND

| | |
|---|---|
| MAHLON D. AND EMILY D., <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY and DOES 1 through 10, <br><br> Defendants. | Case No. 4:16-cv-07230-HSG <br><br> **STIPULATION OF THE PARTIES TO MODIFY THE SCHEDULING ORDER;** ~~PROPOSED~~ **ORDER** <br><br> Complaint Filed: December 19, 2016 <br> Trial Date: None Set <br> Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Mahlon D. and Emily D. ("Plaintiff") and defendant Cigna Health and Life Insurance Company ("Defendant")(collectively "the Parties") submit this stipulation and respectfully request that the Court modify the Scheduling Order in this matter based on the following:

A. **Current Status**

1. This matter is governed by the Employee Retirement Income Security Act.
2. The Court took under submission on or about July 6, 2017 cross-motions by the Parties to establish the Standard of Review under ERISA that will be applied to this matter. The Court has not yet issued a ruling on these cross-motions.
3. Under the current scheduling order, cross-motions for judgment on the merits of this matter must be filed by September 22, 2017. Responses to the cross-motions must be filed on October 13, 2017 and the hearing on the cross-motions is November 9, 2017.

B. **Reasons for the Requested Modification in the Scheduling Order**

The Parties jointly request that the Court modify the briefing schedule for the cross-motions for judgment because in order to draft a concise brief, the Parties need to know the standard of review. A brief on the merits in an ERISA matter governed by the abuse of discretion standard is entirely different than a matter governed by the de novo standard of review. The briefs will be significantly longer and more cumbersome if the Parties have to address the application of both standards of review.

In addition, the Parties have discovered over the last 10 days that there are issues that must be resolved concerning the content of the Administrative Record in this matter. The Parties are working in good faith to resolve these issues but need more time to work out what must be included in the Administrative Record in this matter.

Finally, settlement discussions are ongoing and additional time for these discussions is needed once the standard of review is decided as knowing the standard of review will impact the settlement discussions.

C. **Suggested Modifications**

The Parties hereby jointly request that, in the order deciding the cross-motions on the

standard of review, the Court set a briefing schedule which calls for the filing of the cross-motions for judgement on October 20, 2017, or three weeks after the issuance of the order on the cross-motions on the standard of review, whichever is later. The Parties respectfully request that the Court, based on this date for the filing of cross motions, set a date for the filing of the response and for the hearing date for the motions that are convenient for the Court.

DATED: September 13, 2017　　　　　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Sean P. Nalty
　　Sean P. Nalty
　　Shivani Nanda

Attorneys for Defendant CIGNA HEALTH AND LIFE INSURANCE COMPANY

DATED: September 13, 2017　　　　　DL LAW GROUP

By: /s/ David M. Lilienstein
　　David M. Lilienstein
　　Kate Spielman.

Attorneys for Plaintiffs MAHLON D. AND EMILY D.

## [PROPOSED] ORDER

Based on the stipulation of the Parties set forth above, and GOOD CAUSE appearing therefore, the Court hereby modifies the Scheduling Order taking the September 22, 2017 date for the filing of cross-motions for judgment, the October 13, 2017 response date, and the November 9, 2017 hearing date off calendar. The Court will set a new briefing schedule in the Order deciding the cross-motions on the standard of review with the motions for judgment on the merits of this matter to be filed by October 20. 2017 or three weeks after the order on the standard of review is issued, whatever is later.

**IT IS SO ORDERED**

DATED: 9/14/2017　　　　　　_____
　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　United States District Judge