David M. Lilienstein, Esq. SBN 218923
Katie J. Spielman, Esq. SBN 252209
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484
Email: david@dllawgroup.com, katie@dllawgroup.com

Attorneys for Plaintiffs,
MAHLON D. AND EMILY D.

Sean P. Nalty, Esq. SBN 121253
Shivani Nanda, Esq. SBN 253891
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870
Email: sean.nalty@ogletree.com, Shivani.nanda@ogletree.com

Attorneys for Defendant,
CIGNA HEALTH AND LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHLON D. AND EMILY D.<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and DOES 1 through 10,<br><br>Defendants. | Case No. 4:16-cv-07230-HSG<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

**TO THE CLERK OF THE COURT, THE HONORABLE HAYWOOD S. GILLIAM, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

It is hereby stipulated by and between Plaintiffs MAHLON D. and EMILY D. and Defendant CIGNA HEALTH AND LIFE INSURANCE COMPANY, through their respective attorneys of records, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED

Dated: April 25, 2018         Respectfully submitted,

**DL LAW GROUP**

By:     /s/ David M. Lilienstein
David M. Lilienstein, Esq.
Katie J. Spielman, Esq.
Attorneys for Plaintiffs,
MAHLON D. & EMILY D.

Dated: April 25, 2018         Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:     /s/ Sean P. Nalty
Sean P. Nalty, Esq.
Shivani Nanda, Esq.
Attorneys for Defendant,
CIGNA HEALTH AND LIFE INSURANCE COMPANY

**SIGNATURE ATTESTATION**

I, David M. Lilienstein, hereby attest that occurrence in the filing of the document has been obtained from the other signatory on this document.

Dated: April 25, 2018                        By:   /s/ David M. Lilienstein
                                                                                              David M. Lilienstein

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

This action is hereby dismissed with prejudice. All case deadlines shall be vacated. Each party shall bear its own attorneys' fees and costs.

Dated: 4/26/2018                                            Hon. Haywood S. Gilliam, Jr.